UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                               **COMPLAINT**

NATIONAL CAMP ASSOCIATION, INC.,
SEAN R. NIENOW and CYNTHIA M. NIENOW

        Defendants.

The United States of America, for its complaint, states and alleges as follows:

1.       Defendant, National Camp Association Inc., is a corporation doing business in Isanti County, State and District of Minnesota, with the last known address of 139 Sixth Avenue S.W., Cambridge, Minnesota 55008. Defendant, Sean R. Nienow, is a resident of Isanti County, State and District of Minnesota, with the last known address of 139 Sixth Avenue S.W., Cambridge, Minnesota 55008. Defendant, Cynthia M. Nienow, is a resident of Isanti County, State and District of Minnesota, with the last known address of 139 Sixth Avenue S.W., Cambridge, Minnesota 55008.

2.       This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3701 et seq. and 28 U.S.C. § 1345.

3.       On or about January 16, 2009, the Small Business Administration, through U.S. Bank, provided a loan in the amount of $613,000 to National Camp Association, Inc. Defendant Sean Nienow signed the Note as President and Secretary of National

Camp Association, Inc. The loan was personally guaranteed by Sean Nienow and Cynthia Nienow. A copy of the Note executed by Sean Nienow on behalf of defendant National Camp Association, Inc. and the Unconditional Guarantee executed and guaranteed by Sean Nienow and Cynthia Nienow are attached hereto as Exhibit A and incorporated herein by reference.

4.     The defendants ceased making payments on or about July 28, 2010, and the Note has not been repaid; defendants have defaulted under the terms and the condition of the Note by failing to repay said Note.

5.     Although demand for payment was made, the defendants have not complied and owe the United States an unpaid principal balance of $558,076.53 and administrative costs of $189,861.09. See Certificate of Indebtedness, attached hereto as Exhibit B and incorporated herein by reference.

WHEREFORE, the plaintiff demands judgment against defendants in the sum of $558,076.53 principal, administrative costs in the sum of $189,861.09, postjudgment interest, attorney's fees and costs as allowed by law and, pursuant to 28 U.S.C. § 2412, costs in the amount of $400.00.

Dated: 1-16-14

JOHN R. MARTI
Acting United States Attorney

*s/ Ana H. Voss*
BY:  ANA H. VOSS
Assistant U.S. Attorney
Attorney ID No.  483656DC
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone:  612-664-5600
Email: Ana.Voss@usdoj.gov