## UNITED STATES DISTRICT COURT
### District of Minnesota

United States of America
                Plaintiff(s)

V.

Sean R. Nienow

                Defendant(s)

**JUDGMENT BY DEFAULT**

Case Number:  14-cv-178 SRN/SER

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant(s) has/have been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant(s) has/have failed to appear or plead in this cause;

Now, on motion of said plaintiff's attorney, a default is hereby entered and it is

**CONSIDERED, ORDERED AND ADJUDGED,** that the above-named plaintiff(s) does/do have and recover of and from said defendant(s) the sum of Seven Hundred Forty Eight Thousand Five Hundred Thirty Two Dollars and Sixty Two Cents ($748,532.62).

Judgment signed this 9th day of April, 2014.

                RICHARD D. SLETTEN, CLERK

                s/Katie Thompson
                (By)   Katie Thompson          Deputy Clerk

| | |
|---|---|
| Principal/Damages | $558,076.53 |
| Costs and Disbursements | $190,456.09 |
| Interest to | |
| Surcharge | |
| **TOTAL JUDGMENT** | **$748,532.62** |

Form Modified: 10/10/03